ACCEPTED
03-15-00428-CV
6505644
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/14/2015 2:31:08 PM
JEFFREY D. KYLE
CLERK

**CAUSE NO. 03-15-00428-CV**

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/14/2015 2:31:08 PM
JEFFREY D. KYLE
Clerk

**BERNARD MORELLO,**
*Appellant*,

**v.**

**THE STATE OF TEXAS,**
*Appellee*.

On Appeal from Cause No. D-1-GV-06-000627
353rd judicial District Court, Austin, Texas
The Honorable Rhonda Hurley

**NOTICE OF APPEARANCE OF CO-COUNSEL FOR APPELLANT**

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 6.2, the Court and counsel are hereby notified that the following counsel is designated as co-counsel for Appellant Bernard Morello:

James M. Juranek
State Bar No. 24026888
111 N. Ennis
Houston, TX 77003
713.229.0699 (Phone)
888.626.6596 (Facsimile)
james@jjfirm.com

1

Respectfully submitted,

LAPEZE & JOHNS, P.L.L.C.

By: _____
Keith W. Lapeze
Texas Bar No. 24010176
Taylor L. Shipman
Texas Bar No. 24079323
601 Sawyer Street, Suite 650
Houston, Texas 77007
Tel. (713) 739-1010
Fax. (713) 739-1015
keith@lapezejohns.com
taylor@lapezejohns.com

JURANEK LAW FIRM, PLLC

_____
**By: JAMES JURANEK**
State Bar No. 24026888
111 N. Ennis
Houston, Texas 77003
(713) 229-0699
(888) 626-6596 (fax)
james@jjfirm.com
*Counsel for Appellant*

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was served on the following counsel for

Appellee State of Texas via e-filing on August 14, 2014:

Craig J. Pritzlaff
Assistant Attorney General
P.O. Box 12548, MC-066,
Austin, TX 78711
512.320.0911 (Fax)

_____
James Juranek

2